

71        '21

Supreme Court

*John McDonell*
*vs*
*John Scott*

filed in Court Sept 24th 1822
M Dorr Clerk

21        1821

*Andrew Westbrook*
*vs*
*William Austin & Rufus Hatch*

Filed in the Clerk's
Office Nov 12th 1821
Melvin Dorr Clerk

|  |  |
|---|---|
| *Andrew Westbrook* | TERRITORY OF MICHIGAN |
| *vs* | IN SUPREME COURT |
| *William Austin* | Nar. |
| *&* | |
| *Rufus Hatch* | Andrew Westbrook complains of William Austin & Rufus Hatch, in Custody &c |

In a plea of Debt, for that the said Def[ts] on the twenty eighth day of November in the year of our Lord one thousand eight hundred & eighteen, at the County of macomb & within the jurisdiction of this Court, Before one John K. Smith, a Justice of the Peace, within & for the County of Macomb, & Territory aforesaid, duly appointed & qualified, to do and perform all judicial & other acts, appertaining to said appointment & office, they the said Def[s] did then & there, towit, at the County of Macomb, aforesaid, enter into a recognizance before said Justice, wherein & whereby, they jointly & severally acknowledged themselves indebted to the Plaintiff in the sum of two hundred & four dollars & sixty cents, to the payment of which sum, they the said Defendants bound themselves, their heirs & assigns jointly & severally with the condition under written to said recognizance, a true & perfect record of which recognizance, duly & properly attested, by said Justice, is here in court to be produced — Which condition of the recognizance aforesaid, was, that if the said William Austin should well & truly prosecute, a certain suit or action, on which judgment had been duly & legally entered against the said William, before the Said John K. Smith, the day and year last aforesaid, at the County of Macomb aforesaid, wherein the said Westbrook was Plaintiff and the said William was defendant, for the sum of one hundred & two dollars & thirty cents for debt & costs, at the County Court for the County of Macomb, to be holden at mount Clemens on the first monday of February, next after the rendition of said Judgment to effect & abide the orders of said County Court therein, then the said recognizance was to be of no effect, otherwise to be & remain in full force effect & virtue — And the said Plaintiff avers that the said W[m] nor the said Rufus, have in no wise complied with or kept the condition of the recognizance, so entered into as aforesaid by them, but the said Judgment of the said Justice, upon the entry of the same in the County Court of the County of Macomb aforesaid, upon a trial of said case, was then & there rendered & adjudged against the said William, the record whereof remains in said County Court, a transcript whereof is here in court to be produced for the sum of one hundred dollars Damages, and the costs of said suit taxed & adjudged to the said Plaintiff for the sum of thirty eight dollars & seventy

eight cents. Whereupon the said Plaintiff on the twentieth day of October, in the year of our Lord one thousand eight hundred & nineteen, at the county of Macomb, sued out of the clerks office of the County Court of said County, his writ of Execution for the amount of his damages & costs aforesaid directed to the Sheriff of Said County, in favor of said Plf. ag$^t$ the said Def$^t$ directing & commanding him, if the said William should be found in his county, to have him before the Judges of the County Court of said County, at this Term of said Court on the seventh day of February in the year of our Lord one thousand eight hundred & twenty which Execution, so sued out of the County Court of the County of Macomb aforesaid, was afterwards, on the said twentieth day of October, at said County, delivered by the Plaintiff into the hands of the Sheriff of said County, to be by him obeyed according to the tener therein expressed, which said Execution, afterwards, on the said seventh day of February, in the year of our Lord one thousand eight hundred & Twenty, at the county aforesaid, the same being the return day of said Execution to the County court of the County aforesaid as therein expressed the Said Sheriff of said County made due return of the Same, that he had made diligent search & could not find the body of the said William Austin, within his precinct whereon to levy said Execution, & therefore returned the Same wholly unsatisfied — whereby the condition of said recognizance is wholly broken & become forfeit, and the said Plaintiff thereby entitled to have & recover of the said William & Rufus the before mentioned Sum of two hundred & four dollars & sixty cents — And for their detention of the Same to his damage, five hundred dollars, & for the recovery of the Same he brings Suit

Andrew WestBrook puts in his place Hunt & Larned as his Attorneys to prosecute this Suit                    HUNT & LARNED, Att$^{ys}$ to Plf.